UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOSEPH GUGLIELMO, *on behalf of himself and all others similarly situated*,

                       Plaintiff,

    -against-

AUTOHAUS ARIZONA, INC.,

                       Defendant.

------------------------------------- x

ORDER

20 Civ. 5184 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within forty-five (45) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: November 12, 2020
       New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge